IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK FRANCIS LANDIS,<br><br>    Defendant. | Criminal Case No. 2:25-cr-07 |

UNOPPOSED MOTION TO DISMISS COUNT TWO OF THE INDICTMENT

The United States of America, by and through the undersigned, respectfully moves to dismiss count three of the Superseding Indictment—which charges defendant with possession of child pornography, in violation of 18 U.S.C. section 2252(a)(4)(b) & (b)(2), *see* ECF No 25—after the defense's expert identified further evidence within the discovery materials and shared their findings with counsel for the United States.

The government has provided copies of this motion to defendant's counsel, who has indicated that defendant does not object.

Respectfully submitted,

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: _____/s/_____
Anthony Mozzi
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
anthony.mozzi@usdoj.gov