UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| PATRICK FRANCIS LANDIS, | Criminal No. 2:25cr7 |
| Defendant. | |

## ORDER

Pending before the Court is an Unopposed Motion to Dismiss Count Three[1] of the Indictment (the "Motion") filed by the Government. Mot., ECF No. 55. Therein, the Government moves to dismiss Count Three of the Superseding Indictment, which charges Defendant Patrick Francis Landis with Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(b) and (b)(2). *Id.*

Upon consideration and for good cause shown, the Motion (ECF No. 55) is **GRANTED**. Count Three of the Superseding Indictment is hereby **DISMISSED**. The

---

[1] The header of the Government's Motion states that it seeks dismissal of "Count **Two** of the Indictment." Mot. at 1, ECF No. 55 (emphasis added). However, the remainder of the record makes clear that this reference is a typographical error. The docket entry identifies the filing as a "Motion to Dismiss Count **3** of the Superseding Indictment." *Id.* (emphasis added). Further, the body of the Motion expressly states that the Government "moves to dismiss count **three** of the Superseding Indictment—which charges defendant with possession of child pornography, in violation of 18 U.S.C. section 2252(a)(4)(b) & (b)(2)." *Id.* at 1 (emphasis added). That description corresponds to Count Three of the Superseding Indictment, not Count Two. *See* Superseding Indictment, ECF No. 25. Considering this context, the Court construes the reference to "Count Two" in the Motion's heading as a clerical error.

1

Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties and the United States Probation Office.

**IT IS SO ORDERED.**

_____
/s/
Arenda L. Wright Allen
United States District Judge

December 29, 2025
Norfolk, Virginia