UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK FRANCIS LANDIS,<br><br>Defendant. | Criminal No. 2:25cr7 |

### ORDER

Pending before the Court is a Joint Motion to Continue Sentencing (the "Motion") filed by Defendant Patrick Francis Landis ("Defendant" or "Mr. Landis") and joined by the Government. Mot., ECF No. 57. Sentencing in this matter is currently scheduled for Thursday, January 22, 2026, at 11:00 a.m. In the Motion, the parties jointly move to continue the sentencing hearing for approximately one week to provide the parties with additional time to share newly discovered evidence with the United States Probation Office to be incorporated into an updated Presentence Report ("PSR"). *Id.* The parties state that the new evidence was discovered within the past week, and they expect it will have an impact on the sentencing guidelines range. *Id.* at 1–2.

Upon consideration and for good cause shown, the Motion (ECF No. 57) is **GRANTED**. The sentencing hearing on January 22, 2026 is hereby **STRICKEN** from the Court's calendar. The deadlines in the Court's Sentencing Procedures Order (ECF No. 50) shall remain in place and are extended insofar as the deadlines relate to the date of the sentencing hearing. The parties are **DIRECTED** to contact the Courtroom

1

Deputy via email within two (2) days of the entry of this Order to reschedule the sentencing in this matter for the week of January 26, 2026. The Clerk is **DIRECTED** to please send a copy of this Order to all counsel of record and the United State Probation Office.

    **IT IS SO ORDERED.**

                                                /s/
                                  Arenda L. Wright Allen
                                United States District Judge

January 14, 2026
Norfolk, Virginia