IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK FRANCIS LANDIS,<br><br>Defendant. | Criminal Case No. 2:25-cr-7 |

JOINT MOTION TO DISMISS CRIMINAL CASE PURSUANT TO RULE 48(a)

The United States of America, by and through the undersigned, and defendant's counsel, Amanda Conner, Esq., respectfully moves to dismiss the Indictment and Superseding Indictment in this matter due to the defendant's death.

The parties will provide the Court with a copy of the defendant's death certificate once it is made available.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: _____/s/_____
Anthony Mozzi
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
anthony.mozzi@usdoj.gov

        Patrick Landis
        Defendant

By:    /s/
        Amanda Conner
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        500 East Main Street, Suite 500
        Norfolk, Virginia 23510
        Phone: (757) 457-0816
        Fax: (757) 257-5095
        amanda_conner@fd.org